UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRACE ELLIS,

          Plaintiff,

    v.

NATIONAL RENEWABLE ENERGY CENTER,

          Defendant.

Case No. 15-cv-02702-NC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      Given that defendant National Renewable Energy Center has not responded to the complaint (due October 5), has not filed a case management statement, and has not responded to the Court's order to consent or decline the jurisdiction of a magistrate judge, the Court orders that the case management conference be postponed from September 16 to Ocotber 14, 2015, at 10:00 a.m., Courtroom 7 in the San Jose federal courthouse. Defendant must file a case management statement and either consent or decline the jurisdiction of a magistrate judge by October 7. Plaintiff Ellis does not need to file any additional documents before the case managemnet conference, but may supplement his case management statement by October 7 if he desires to do so.

      **IT IS SO ORDERED.**

Dated:  September 10, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 15-cv-02702-NC