# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>                    Plaintiff,<br><br>        v.<br><br>NATIONAL RENEWABLE ENERGY CENTER<br><br>                    Defendant. | Case No. 5:15-cv-02702   NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Joseph C. Spero to determine whether it is related to 3:15-cv-00532 JCS,  Tom Panacci v. Al Solar Power, Inc., et al.

IT IS SO ORDERED.

Date:   October 9, 2015

Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-02702 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES